O AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

BZ

San Francisco Baykeeper

)
)
)
)
)
)
Plaintiff )
v. )
Town of Hillsborough, a municipal corporation, )
)
)
)
)
Defendant )

CV 08    3760

Civil Action No.

## Summons in a Civil Action

To: ~~Town of Hillsborough~~

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel Cooper
Drevet Hunt
Lawyers for Clean Water, Inc.
1004 O'Reilly Avenue
San Francisco, CA 94129

Brian Gaffney
Law Offices of Brian Gaffney
605 Market Street, Suite 505
San Francisco, California 94105

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
HELEN L. ALMACEN

Date: AUG 6 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*