ORIGINAL

1   Daniel Cooper (Bar No. 153576)
2   Drevet Hunt (Bar No. 240487)
    LAWYERS FOR CLEAN WATER, INC.
3   1004-A O'Reilly Avenue
    San Francisco, California 94129
4   Telephone: (415) 440-6520
    Facsimile: (415) 440-4155
5   Email: cleanwater@sfo.com

6   Brian Gaffney (Bar No. 168778)
    LAW OFFICES OF BRIAN GAFFNEY
7   605 Market Street, Suite 505
    San Francisco, California 94105
8   Telephone: (415) 442-0711
9   Facsimile: (415) 442-0713
    Email: brian@gaffneylegal.com
10
    Amy Chastain (Bar No. 235745)
11  SAN FRANCISCO BAYKEEPER
12  785 Market Street, Suite 850
    San Francisco, CA 94103
13  Telephone: (415) 856-0444 x 106
    Facsimile: (415) 856-0443
14  Email: amy@baykeeper.org

15  Attorneys for Plaintiff
16  SAN FRANCISCO BAYKEEPER

FILED

AUG 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

BZ

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20  SAN FRANCISCO BAYKEEPER, a non-profit  CV 08   Civil Case No.:   3760
    corporation,
21              Plaintiff,                 CERTIFICATION OF INTERSTED
                                           ENTITIES OR PERSONS
22      v.

23  TOWN OF HILLSBOROUGH, a municipal      (Federal Water Pollution Control Act,
24  corporation;                           33 U.S.C. §§ 1251 *et seq.*)

25              Defendant.

26

27

28

Complaint                                                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certification of Interested Entities or Persons:

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report

DATE:  August 6, 2008

_____
Daniel Cooper
Drevet Hunt
Attorney for Plaintiff
San Francisco Baykeeper

Complaint    2