1  DOWNEY BRAND LLP
   MELISSA A. THORME (Bar No. 151278)
2  555 Capitol Mall, Tenth Floor
   Sacramento, CA 95814-4686
3  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
4  mthorme@downeybrand.com

5  Attorneys for Defendant
   TOWN OF HILLSBOROUGH
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | SAN FRANCISCO BAYKEEPER,            | Case No. C 08-03760 BZ
12 |            Plaintiff,                | STIPULATION TO CHANGE IN CASE
   |                                      | MANAGEMENT SCHEDULE;
13 | v.                                   | [PROPOSED] ORDER
14 | TOWN OF HILLSBOROUGH,                | Complaint Filed: August 6, 2008
15 |            Defendant.                |

16

17        In lieu of a motion under Local Rule 16-2(d), Defendant Town of Hillsborough

18 ("Hillsborough") and Plaintiff San Francisco Baykeeper's ("Baykeeper") (together, "Parties"),

19 stipulate to change the date of the Initial Case Management Conference from the scheduled date

20 of November 10, 2008 to a date during early January, 2009, as determined by the Court.

21        Baykeeper filed its complaint on August 6, 2008, and the Court issued the scheduling

22 order for this case that same day. Hillsborough was served with the complaint on September 23,

23 2008. Furthermore, Hillsborough filed a motion to dismiss under FRCP 12(b)(1) on October 14,

24 2008. A hearing on this motion is currently scheduled for December 3, 2008.

25        Both parties agree resources may be conserved by postponing the Initial Case

26 Management Conference until after the Court has issued a ruling on Hillsborough's motion.

27 Therefore, the Parties now seek to modify the Court's August 6, 2008 scheduling order to allow

28 the Court to issue a ruling on Hillsborough's motion to dismiss before the Initial Case

961092.1                                    1
10/15/08 11:08 AM

Management Conference is held.

For the reasons set forth above, the Parties hereby stipulate, and respectfully request that the Court enter an order modifying the August 6, 2008 scheduling order as follows:

| Action | Scheduling Order | Requested Modification |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | October 20, 2008 | December 19, 2008 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | November 3, 2008 | January 5, 2009 |
| Initial Case Management Conference | November 10, 2008 | January 12, 2009 |

Given that the first date under the August 6, 2008 scheduling order is **Monday, October 20, 2008**, the Parties would appreciate the Court's immediate attention to this matter.

RESPECTFULLY SUBMITTED,

DATED: October 15, 2008                DOWNEY BRAND LLP

By: _____
MELISSA A. THORME
Attorney for Defendant
TOWN OF HILLSBOROUGH

DATED: October 15, 2008                LAWYERS FOR CLEAN WATER

By: _____
DANIEL COOPER
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

961092.1
10/15/08 11:08 AM

2

STIPULATION TO CHANGE IN CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER
Case No. C 08-03760 BZ

## [PROPOSED] ORDER

Good cause appearing, and based on the stipulation of the parties,

IT IS HEREBY ORDERED that the August 6, 2008 scheduling order is modified as follows:

| Action | August 6, 2008 Scheduling Order | Modified Scheduling Order |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | October 20, 2008 | December 19, 2008 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | November 3, 2008 | January 5, 2009 |
| Initial Case Management Conference: | November 10, 2008 | January 12, 2009 |

**IT IS SO ORDERED.**

DATED: October 15, 2008

By: _____
Hon. Bernard Zimmerman
United States Magistrate Judge

961092.1
10/15/08 11:08 AM

3

STIPULATION TO CHANGE IN CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER
Case No. C 08-03760 BZ