Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: cleanwater@sfo.com
samantha@lawyersforcleanwater.com

Brian Gaffney (Bar No. 168778)
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street, Suite 505
San Francisco, California 94105
Telephone: (415) 442-0711
Facsimile: (415) 442-0713
Email: brian@gaffneylegal.com

Amy Chastain (Bar No. 235745)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, CA  94103
Telephone: (415) 856-0444 x 106
Facsimile: (415) 856-0443
Email: amy@baykeeper.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>TOWN OF HILLSBOROUGH, a municipal corporation;<br><br>          Defendant. | Civil Case No.: C 08-03760-BZ<br><br>Hon. Bernard Zimmerman<br><br>STIPULATED REQUEST TO EXTEND PRETRIAL AND TRIAL DATES; [~~PROPOSED~~] ORDER |

1  Plaintiff San Francisco Baykeeper ("Baykeeper") and Town of Hillsborough ("Hillsborough")
2  (collectively "the Parties"), by and through their counsel of record, hereby stipulate as follows:
3  WHEREAS, on 6 August 2008, this Court entered its Order Setting Initial Case Management
4  Conference and ADR Deadlines ("Initial Case Management Order") (ECF Docket No. 3) in this action.
5  WHEREAS, on 15 October 2008, by Stipulation the Parties agreed to extend the dates set forth
6  in the Case Management Order ("Stipulation to Extend Initial Case Management Dates") (ECF Docket
7  No. 12).
8  WHEREAS, on 16 October 2008, the Court approved the Parties' Stipulation to Extend Initial
9  Case Management Dates (ECF Docket No. 14);
10 WHEREAS, on 13 January 2009, this Court entered its Scheduling and Case Management Order
11 setting the Pretrial and Trial Schedule ("Scheduling Order") (ECF Docket No. 32) in this action;
12 WHEREAS, the Court's Scheduling Order set the pre-trial and trial dates as follows: (1) Last day
13 to add parties: 31 March 2009; (2) Last day to amend pleadings: 1 June 2009; (3) Fact discovery cut off:
14 13 July 2009; (4) (5) Initial Expert Disclosures Due: 14 September 2009; (6) Rebuttal Expert Reports
15 Due: 16 November 2009; (7) Expert discovery cut off: 18 December 2009; (8) Last day for hearing
16 dispositive motions: 17 February 2010; Final Pre-trial conference: 13 April 2010, 4:00 p.m.; Jury Trial:
17 3 May 2010;
18 WHEREAS, on 12 February 2009, this Court entered its Notice of Settlement Conference and
19 Settlement Conference Order, which set the Settlement Conference for 3 September 2009, 9:30 a.m.,
20 and set 24 August 2009 as the deadline for delivering to Magistrate Judge Elizabeth D. Laporte a
21 Confidential Settlement Conference Statement;
22 WHEREAS, the Parties are currently engaged in intensive settlement discussions in this action;
23 WHEREAS, the Parties have exchanged and discussed several draft settlement
24 Agreement and have conducted two in-person and numerous telephonic meetings with the participation
25 of engineering and other consultants in early 2009;
26 WHEREAS, the Parties intend to conduct an in-person meeting on 10 June 2009 with the
27 participation of the Mayor of Hillsborough and a member of the City Council, in a final effort to settle
28 this action without litigation;

STIPULATED REQUEST TO EXTEND PRETRIAL AND TRIAL DATES;
[PROPOSED] ORDER                 2                                C 08-03760-BZ

1     WHEREAS, an extension of pretrial and trial dates will allow the Parties to conduct this final
2 settlement meeting;

3     WHEREAS, counsel for the Parties have conferred and agreed to file this stipulation and
4 proposed order requesting an extension of dates for the pretrial schedule and for trial, should settlement
5 not be reached;

6     NOW THEREFORE, the Parties stipulate to the following revised pretrial and trial schedule that
7 the Parties request the Court to approve:

| | |
|---|---|
| Last day to amend pleadings: | 3 August 2009 |
| Fact discovery cut off: | 16 October 2009 |
| Confidential Settlement Conference Statement due: | 23 October 2009 |
| Settlement Conference: | 3 November 2009 |
| Initial Expert Disclosures Due: | 13 November 2009 |
| Rebuttal Expert Reports Due: | 15 January 2009 |
| Expert discovery cut off: | 18 February 2009 |
| Last day for hearing dispositive motions: | 21 April 2010 |
| Final Pre-trial conference date: | 15 June 2010, 4:00 p.m. |
| Trial date: | 5 July 2010 |

Dated: May 20, 2009      Respectfully submitted,

By:    /s/
    Daniel Cooper
    LAWYERS FOR CLEAN WATER, INC.
    Attorneys for Plaintiffs
    SAN FRANCISCO BAYKEEPER

Dated: May 20, 2009      Respectfully submitted,

By:    [signature]
    Melissa Thorme
    DOWNEY BRAND LLP
    Attorneys for Defendant
    TOWN OF HILLSBOROUGH

## [PROPOSED] ORDER

After consideration of the Parties' Stipulated Request to Extend Pretrial and Trial Dates, and for good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court adopts the following revised pretrial and trial schedule:

| | |
|---|---|
| Last day to amend pleadings: | 3 August 2009 |
| Fact discovery cut off: | 16 October 2009 |
| Confidential Settlement Conference Statement due: | ~~23 October 2009~~ |
| Settlement Conference: | ~~3 November 2009~~ |
| Initial Expert Disclosures Due: | 13 November 2009 |
| Rebuttal Expert Reports Due: | ~~15 January 2009~~  January 15, 2010 |
| Expert discovery cut off: | ~~18 February 2009~~  February 18, 2010 |
| Last day for hearing dispositive motions: | ~~21 April 2010~~  March 31, 2010 |
| Final Pre-trial conference date: | ~~15 June 2010, 4:00 p.m.~~  May 11, 2010 @ 4:00 p.m. |
| Trial date: | ~~5 July 2010~~  May 24, 2010 |

**Any changes in the settlement conference dates must be sought from Judge Laporte.**

Dated: _May 22_____, 2009

_____
HON. BE[RNARD ZIMMERMAN]
UNITED S[TATES MAGISTRATE JU]DGE

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA