Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: cleanwater@sfo.com
       samantha@lawyersforcleanwater.com

Amy Chastain (Bar No. 235745)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, CA 94103
Telephone: (415) 856-0444 x 106
Facsimile: (415) 856-0443
Email: amy@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>TOWN OF HILLSBOROUGH, a municipal corporation;<br><br>           Defendant. | Civil Case No.: C-08-03760-BZ (EDL)<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; SETTLEMENT AGREEMENT; [PROPOSED] ORDER** |

**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE**

Plaintiff San Francisco Baykeeper ("Plaintiff" or "Baykeeper") and Defendant Town of Hillsborough ("Town" or "Defendant") by and through their attorneys of record, hereby enter into this stipulation, dismissal with prejudice, and settlement agreement.

WHEREAS, Plaintiff and Defendant (the "Parties") have entered into a settlement agreement ("Settlement Agreement" or "Agreement") that achieves a full and final settlement of all Plaintiff's claims against Defendant as set forth in Civil Case No. C-08-03760-BZ (EDL) (hereinafter "Complaint");

WHEREAS, a copy of the Agreement is incorporated herein and attached as Exhibit A to this stipulated dismissal and [proposed] order;

NOW THEREFORE, the Parties jointly stipulate as follows:

1. All claims alleged in Plaintiff's Complaint against Defendant as set forth in Civil Case No. C-08-03760-BZ (EDL) are dismissed with prejudice.

2. The Parties respectfully request that the Court retain jurisdiction over Civil Case No. C-08-03760-BZ (EDL) for the purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the terms of the Agreement.

Dated: July 13, 2009         LAWYERS FOR CLEAN WATER, INC.

By: _____

Daniel Cooper
Attorneys for Plaintiff


Dated: July 15, 2009         DOWNEY BRAND LLP

By: Nicole Granquist for

Melissa Thorne
Attorneys for Defendant

STIPULATION TO DISMISS CLAIMS WITH PREJUDICE;
SETTLEMENT AGREEMENT; [PROPOSED] ORDER;   2            [C-08-03760-BZ (EDL)]

1015124.1

## [~~PROPOSED~~] ORDER

Based on the above stipulation of the Parties,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant as set forth in Civil Case No. C-08-03760-BZ (EDL) are dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Civil Case No. C-08-03760-BZ (EDL) for the sole purpose of enforcing compliance by the Settling Parties with the terms of the Settlement Agreement attached as Exhibit A to the Parties' Stipulation to Dismiss with Prejudice.

IT IS SO ORDERED.    ALL PRESENTLY SCHEDULED DATES ARE VACATED.

Date: ___September 4, 2009_____    NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable Bernard Zimmerman
United States District Court
Northern District of California